905 A.2d 917

**Steven Michael PODOBENSKY, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Aug. 23, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of August, 2006, the Order of the Commonwealth Court is **AFFIRMED.**